IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


MARSHALL REED,                              :

       Plaintiff,                           :

vs.                                         :      CIVIL ACTION 11-00197-WS-N

TONY PATTERSON, et al,                      :

       Defendants.                          :


## JUDGMENT


It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby

DISMISSED without prejudice.

DONE this 2nd day of January, 2013.



s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE